UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY E. SCOTT,

    Petitioner,

  v.

KENNETH QUINN,

    Respondent.

CASE NO. C07-0265-JCC

ORDER DENYING PETITIONER'S MOTION TO REOPEN

        The Court, after careful consideration of Petitioner's motion to reopen his § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing law, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's Motion to Reopen his § 2254 petition (Dkt. No. 15) is DENIED, and this case remains CLOSED.

    (3)    The Clerk of Court is directed to send copies of this Order to all parties and counsel of record, and to Judge Donohue.

DATED this 16th day of November, 2007.

ORDER – 1

1

2

*John C. Coughenour*
John C. Coughenour
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 ORDER – 2